Commonwealth Of Massachussetts
Barnstable, ss                                    Superior Court

Commonwealth                    Docket # 1972CR00098
V.
Terrence Thomas

AFFIDAVIT In Support Of moving Case
To U.S. District Court

1. I Am The Defendant In This matter

2. everything put Fourth In The motion
Is 100% True

On This 5th Day Of April 2023
Under The Pains And Penalties Of
Perjury  /s/ Terrence Thomas

                        Respectfully Submitted
                        /s/ Terrence Thomas
                        Terrence Thomas
                        6000 Sheriff's Place
                        Bourne, MA 02532

(1.)

UNITED STATES DISTRICT COURT
MASSACHUSSETTS

FILED
IN CLERKS OFFICE
2023 APR 11 AM 11: 06

Barnstable,
Commonwealth,

v.

Terrence Thomas

Superior District Court
Docket # 1972CR00__

## MOTION FOR DEFENDANT'S STATE COURT CASE TO BE MOVED TO U.S. DISTRICT COURT

Now comes the Defendant in the above matter and moves this Honorable Court to remove his State Court case to the Federal District Court the Defendant states the following. 28 U.S.C § 1443(1)

1. The Indictment's that the Commonwealth has procured, were procured by false testimony Falsified Police Report's by Officer Samantha Espinoza were presented to the grand jury and all exculpatory evidence was whithheld from the grand jury.

Affidavit Attached

② 

2. I have had Eight D.A.'s on my case that have failed to bring this before the court, even though they have an obligation to uphold the integrity of the Judical system and the court's. A.D.A Nicole Manoog has fabricated evidence against me to falsley imprisone me. CITING FIELDS V. Wharrie, 740 F.3rd 1107 (7th cir 2014

This prosecutor has

1. Used False Testimony before the grand jury to procure indictments

2. Played a part in presenting falsified police report's to the grand jury to procure indictments

3. Whithheld all exculpatory evidence to procure indictments.

4. has given False medical diagnosis to the court's, to falsley charge me with the highest charge she could.

③

5. She has lied At My Bail hearing And Told The Judge That I have won A settlement For $50,000.00 In order For The Judge To make My Bail So high I Can't Make It

6. All other District Attorney's That have Been Placed on My Case has Covered Up For A.D.A Nicole Mancog. This Is Done because of Racial Discrimanation my Civil Rights Have Been Violated 42 U.S.C §§ 1975 et Seq Also 42 U.S.C §§ 2000 et seq. When I go To Court I Am The only African American Inside The Court Room.

7. I Have Been Denied equal protection of The law From The Racial Discrimination I experince every Time I go Inside of Barnstable County Superior Court. I have Been Denied Access To Attorney's Which Is A Direct Violation of My Sixth Amendment Right

④

8. Every Attorney That has been Assigned my Case Refused To Put In A motions That The DIA & Police officer Broke The law By giving False Testimony before The grandJury, Presenting Falsified Statment To The grandJury To Procure Indictments, And Whitheld All exculpatory evidence. The evidence Is 100% There Inside The grandJur minutes, Police Reports, witnesses Statment's. These Attorney's have Refused To Bring This Claims & evidence before Court, They know The Indictment's Against me Are Fraudlent And They refused To Repesent me fairley

9. I have A lawsuit For Malpractice Against A Former Attorney Ryan J. Mathews This Attorney Put Statment's he knew were False Inside of motions, he knew The Statment were Presented To The grandJury by The DIA And Police officer were False, He Put The Perjury Testimoney Inside motions In Order To Sabotage my Case And Defense And To Futher False Claim's by The DIA, This Attorney was working on behalf of

The Commonwealth to sabotage His Client's Case And get me sent to Prison For Something I Didn't Do. I have not had A Right To Fair Council Yet, I Have Been Forced To Repesent my self, This Right has Been Denied to me And can not Be enforced In This Court, CITING STATE OF GEORGIA V. RACHEL 384 U.S 780, 788,86 S.Ct(1783).

10. I Have filed A Civil Action Against Judge "MARK. Gildea" In superior Court of Barnstable, I Told Judge Gildea About Attorney's who Are not Repesenting me Fairley, I wrote motion's To him he Ignored my Claim. He Violated Article 12 of Constitution, By not Allowing me To Produce All Proof's That were FAvorable To me, And by not Letting me Be Fully Heard In my Defence. Judge Gildea Has Been Sweeping The Crimes of The D/A And Officer under The Rug. He Silenced me Inside The Court Room Because of my Skin Color my Right's Are Being Denied, And This Judge And This Court Roo

(5)

Cannot offer me equal Civil Rights, And cannot give me a fair trial or Court Pre-Trial Hearings. He has violated my Fourteenth Amendment of the U.S Constitution, my Sixth Amendment Right has been violated which allows me effective Assistance of Council has been denied. Also The Civil Rights Act of 1964 42 U.S.C §(1975) et seq Also 42 U.S.C §§ 2000 et seq. Barnstable County Superior Court cannot give me my Civil Rights In The Court ID A 792 86 S.Ct (1783)

11. I Also Filed A Civil Action under The Civil Rights Act of 1964 on Judge Elaine Buckley In Barnstable Superior Court I presented To Judge Buckle In A motion To Dismiss my claims of False Testimony, Falsified Police Reports, And withholding of exculpatory evidence. She Denied The motion And she never Ruled on my Claims, She Judged on Another motion That was not even presented To her And That motion was at least 2yrs old, She Failed To

⑥

Judge on my motion cause she didn't want to hold the D/A and Police officer accountable for commiting perjury, and falsifieng police reports which was done cause of prejudice, There Is A conspiracy going on here to falsley convict me on these false Indictment's In other to protect A Racist Corrupt D/A And Police Officer.

7. I Have Put In motions That has Taken 1 to 2 yrs to Be heard, Is A violation of my Due Process Right's, The court has not heard my motion's In A Timely manner The Facts That my Right to have my motion's Heard Is being violated This Is not happening To Anyone but me. This Is A violation of my Due Process Right, violation of my Sixth Amendment Right To Speedy Trial.

3. CITING GROOPI V. WISCONSIN
The Right To A Change of venue Arising From Prejudice must be Accorded To Any Defendant who has A Right To A Jury Trial Thus State Statues Or Procedural Rules which Infringes upon A Right To A Change Of venue Are violative of The Due Process Clause And The Right To A Jury Trial.

4. I Also Put In A Civil Action Against Barnstable Superior Court Also, For Racial Discrimination I Will not be giving A Fair Trial, Neither will I be Judged by A Jury of my Peers, I will not have An Impartial grand Jury Guaranteed by The Sixth And Fourteenth Amendant And This location will be To Favorable For The D/A And Prejudices To The Defendant Arising From The location of The Prosecution

Respectfully Submitted
*[signature]*
Terrence Thomas
C0000 Sheriff's Place
Bourne, MA 02532